JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter E. Sanchez,<br><br>    Plaintiff,<br><br>  v.<br><br>Daniel Food Enterprises, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:13-CV-06807-PA-CW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 5, 2014

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

1